STATE v. MARSHALL

No. 109P92

Case below: 105 N.C.App. 518

Temporary stay dissolved 16 July 1992. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 16 July 1992.

STATE v. MOORE

No. 556A90

Case below: Superior Court

Upon petition by defendant for writ of certiorari to the Forsyth County Superior Court, the Court finds that the defendant has not made a sufficient showing to be entitled to any of the relief requested and the petition is denied 16 July 1992.

STATE v. MOSELY

No. 245P92

Case below: 106 N.C.App. 395

Petition by defendant for temporary stay allowed 8 July 1992.

STATE v. THOMPSON

No. 162P92

Case below: 105 N.C.App. 716

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 16 July 1992.

TRIPLE E ASSOCIATES v. TOWN OF MATTHEWS

No. 127P92

Case below: 105 N.C.App. 354

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 16 July 1992.